IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WATERLOO  DIVISION


| | | |
|---|---|---|
| PATRICIA M MARVETS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C06-2024 JAJ |
| | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This action came before the Court.  The issues have been decided and a decision has been

rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff take nothing and this action is dismissed.  The  final determination of the

Administrative Law Judge is affirmed and this matter is dismissed.

DATED: January 25, 2007

Pridgen J. Watkins
Clerk

s/src
(By) Deputy Clerk